1  STEVEN G. KALAR
   Federal Public Defender
2  HEATHER M. ANGOVE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   heather_angove@fd.org
5

6  Counsel for Defendant,
   ROBERT VASSER
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   No. CR 01-20131 RMW
11                                  )   No. CR 02-20007 RMW
                  Plaintiff,        )
12                                  )   **STIPULATION TO CONTINUE STATUS**
   vs.                              )   **CONFERENCE;  ORDER**
13                                  )
   ROBERT VASSER,                   )
14                                  )
                  Defendant.        )
15 _____  )

16                              **STIPULATION**

17     Defendant Robert Vasser, by and through Assistant Federal Public Defender Heather

18 Angove, and the United States, by and through Assistant United States Attorney Gary G. Fry,

19 hereby stipulate that, with the Court's approval, the status hearing currently set for November

20 18, 2013 at 9:00 a.m., shall be continued to November 25, 2013 at 9:00 a.m.

21     The request for the continuance is based upon the need for additional time to resolve the

22 issues concerning the alleged supervised release violations set forth in the Probation Form 12.

23 \\\

24 \\\

25 \\\

26

STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER
CR 01-20131 RMW; CR 02-20007 RMW              1

IT IS SO STIPULATED.

Dated: November 13, 2013

                                        /s/
                                    HEATHER M. ANGOVE
                                    Assistant Federal Public Defender

Dated: November 13, 2013

                                        /s/
                                    GARY G. FRY
                                    Assistant United States Attorney

## [] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing in both of these cases shall be continued from November 18, 2013 at 9:00 a.m., to November 25, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November FÍ__, 2013

_Ronald M. Whyte_
_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; ORDER
CR 01-20131 RMW; CR 02-20007 RMW        2